IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **HENRY WILLIAM SEVERINO-ACOSTA,** | : | |
| **Petitioner,** | : | |
| | : | |
| v. | : | Civ. No. 25-7403 |
| | : | |
| **J.L. JAMISON,** *et al.*, | : | |
| **Respondents.** | : | |
| | : | |

**O R D E R**

**AND NOW**, this 8th day of January, 2026, upon consideration of Henry William Severino-Acosta's Petition (Doc. No. 1) and Motion for Temporary Restraining Order (Doc. No. 4), and the Government's Answer (Doc. No. 3), it is hereby **ORDERED** that the Petition and Motion (Doc. Nos. 1, 4) are **GRANTED IN PART** as follows:

1. For the reasons stated in <u>Demirel</u>, **Petitioner is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2)**, and instead may be detained, if at all, pursuant to the discretionary provisions of 8 U.S.C. § 1226(a).  See <u>Demirel v. Federal Detention Ctr. Philadelphia</u>, No. 25-5488, 2025 WL 3218243 (E.D. Pa. Nov. 18, 2025).

2. All claims against Lyons, Noem, the Department of Homeland Security, and Bondi are **DISMISSED**.  See <u>Demirel</u>, 2025 WL 3218243, at *2 (quoting <u>Rumsfeld v. Padilla</u>, 542 U.S. 426, 435 (2004)).

3. **<u>On or before</u> January 15, 2026**, Respondents **shall provide** Petitioner with a **bond hearing in accordance with 8 U.S.C. § 1226(a)**.

1

2

4. Should the IJ deny bond, Respondents **shall provide** Petitioner the opportunity to appeal to the Board of Immigration Appeals.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
Paul S. Diamond, J.