**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **HENRY WILLIAM SEVERINO-ACOSTA,** | **:** | |
| **Petitioner,** | **:** | |
| | **:** | |
| **v.** | **:** | **Civ. No. 25-7403** |
| | **:** | |
| **J.L. JAMISON,** *et al.*, | **:** | |
| **Respondents.** | **:** | |
| | **:** | |

## O R D E R

**AND NOW,** this 17th day of March, 2026, it is hereby **ORDERED** that the Clerk of Court

**SHALL** close this case.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
_____
Paul S. Diamond, J.